# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2021

162142

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

CUMMINGS McCLOREY DAVIS &
ACHO, PLC,
      Plaintiff-Appellee,

v

        SC: 162142
        COA: 352765
        Wayne CC: 18-014221-CK

JAMEL WHITE,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the July 22, 2020 and September 10, 2020 orders of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REVERSE the Court of Appeals order denying the defendant's motion to reinstate the appeal. Under the unique circumstances of this case, including the obstacles posed by the COVID-19 pandemic, the defendant made the requisite showing of "mistake, inadvertence, or excusable neglect" for his failure to file a stenographer's certificate. MCR 7.217(D). We REMAND this case to the Court of Appeals for further proceedings not inconsistent with this order.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2021

a0323



Clerk